EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: José A. Feliciano Rodríguez | 2004 TSPR 94<br><br>161 DPR ___ |

Número del Caso: TS-3317

Fecha: 18 de junio de 2004

Abogado de la Parte Querellada:
          Lcdo. José F. Aguayo Díaz

Oficina del Procurador General:
          Lcda. Yvonne Casanova Pelosi
          Procuradora General Auxiliar

Oficina de Inspección de Notarías:
          Lcda. Carmen H. Carlos
          Directora

Miembros de la Comisión de Reputación para el Ejercicio de la Abogacía:
          Lcdo. Doel Quiñones Núñez
          Lcda. Belén Guerrero Calderón
          Lcdo. Carlos Víctor Dávila
          Dr. Robert Stohlberg
          Lcdo. José Guillermo Vivas
          Lcda. Waleska Delgado Marrero
          Lcdo. Héctor Saldaña Egozcue

Procurador Especial de la Comisión de Reputación para el Ejercicio de la Abogacía:
          Lcdo. Alcides Oquendo Solís

Materia: Moción Solicitando Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Re:

José A. Feliciano Rodríguez

TS-3317

RESOLUCIÓN

San Juan, Puerto Rico, a 18 de junio de 2004

Examinado el Informe presentado por la Comisión de Reputación Para el Ejercicio de la Abogacía, se ordena la reinstalación de José A. Feliciano Rodríguez al ejercicio de la abogacía, efectiva dicha reinstalación al 1$^{ro.}$ de julio de 2004.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rivera Pérez no intervino.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo